IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VICTOR MORALES, | : |
|     Petitioner, | : |
| | :   No. 13-3459 |
| v. | : |
| JOHN E. WETZEL, et al., | : |
|     Respondents. | : |

## ORDER

AND NOW, this ___28th___ day of ___May___, 2014, upon careful and independent consideration of Petitioner Victor Morales' Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Government's Response, and available state court records, and after review of the Report and Recommendation of United States Magistrate Judge David R. Strawbridge, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for a Writ of Habeas Corpus is placed **IN SUSPENSE** until the conclusion of Morales' state appellate proceedings; and

3. Petitioner and Respondents **SHALL NOTIFY** the Court within thirty days of the conclusion of the state proceedings in his case so that the Habeas Corpus Petition may proceed in this Court.

BY THE COURT:

_____
Hon. Petrese B. Tucker, C.J.